# IN THE SUPREME COURT OF THE STATE OF NEVADA

GODERICK VILLADELGADO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 85273

**FILED**

OCT 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus challenging the parole board's decision to deny parole.

Mandamus relief is an extraordinary remedy, and petitioners bear the burden to show that such relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). In the instant matter, petitioner has not demonstrated that extraordinary relief is warranted, as the petition is not supported by any relevant documentation and lacks critical information about petitioner's conviction, sentence, as well as the parole board proceeding and determination. NRAP 21(a)(4) (stating that it is the petitioner's obligation to provide an appendix that includes all records that may be essential to understand the matters set forth in the petition).

SUPREME COURT
OF
NEVADA

(O) 1947A

22-31555

Most importantly, the petition does not include the parole board determination that petitioner challenges. NRAP 21(a)(4). Without this crucial information, we cannot evaluate the petition.[1] Accordingly, we ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Goderick Villadelgado
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Petitioner has filed an erratum to the petition, which we have considered together with the petition.

SUPREME COURT
OF
NEVADA

(O) 1947A